**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23130-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Hillary Paul Sutton, II<br>2460 Potomac Avenue<br>Pittsburgh PA 15216 | Patricia Lynn Sutton<br>2460 Potomac Avenue<br>Pittsburgh PA 15216 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/28/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 | U.S. Bank N.A. c/o Rushmore Loan Management<br>P.O. Box 55004, Irvine, CA 92619 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/31/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Hillary Paul Sutton, II
Patricia Lynn Sutton
    Debtors

Case No. 18-23130-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro      Page 1 of 1      Date Rcvd: May 29, 2019
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.
14928431      BANK OF AMERICA, N.A.,   Bank of America,   PO BOX 31785,   Tampa FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
        Danielle Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC debersole@hoflawgroup.com, pfranz@hoflawgroup.com
        James Warmbrodt   on behalf of Creditor   Select Portfolio Servicing as servicer for ABS REO Trust VI bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Joseph Peter Nigro   on behalf of Debtor Hillary Paul Sutton, II nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
        Joseph Peter Nigro   on behalf of Joint Debtor Patricia Lynn Sutton nigroj@verizon.net, chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Raymond M Kempinski   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Thomas Song   on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com
                                                                       TOTAL: 11