## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy 18-23130 |
| | ) | |
| **HILARY PAUL SUTTON, II** | ) | |
| **AND PATRICIA LYNN** | ) | |
| **SUTTON,** | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | Hearing Date: May 19, 2021@ 10:00 a.m. |
| _____ | ) | |
| | ) | |
| **HILARY PAUL SUTTON, II** | ) | |
| **AND PATRICIA LYNN** | ) | |
| **SUTTON,** | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | | |
| **RONDA J. WINNECOUR,** | | |
| **CHAPTER 13 TRUSTEE,** | | |
| | | |
| Respondent, | | |

### NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING MOTION OF MOVANTS, HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON MOTION TO ALLOW DEBTORS TO INCUR POSTPETITION AUTO FINANCING

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a Response to the Motion no later than May 3, 2021 seventeen (17) days after the

date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an Order granting the relief requested in the Motion may be entered and the Hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer a once.

A video conference held on May 19, 2021 at 10:00 a.m. at before Judge Gregory L. Taddonio.  All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m.** on the business day prior to a scheduled hearing.  All counsel and parties participating by video conference shall comply with *Judge Taddonio's Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf").

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| 04/14/2021<br>Date | /s/ Joseph P. Nigro<br>JOSEPH P. NIGRO, ESQUIRE<br>PA I.D. NO. 47810<br>Attorney for the Debtors<br><br>NIGRO & ASSOCIATES, LLC<br>1330 Old Freeport Road, Suite 3BF<br>Pittsburgh, PA 15238<br>(412) 471-8118<br>nigroassociateslaw@gmail.com |