# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-23130 |
| | ) | |
| **HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON,** | ) ) ) | Chapter 13 |
| | ) | Hearing Date & Time: May 19, 2021@10:00 a.m. |
| Debtors, | ) | |
| _____ | ) ) | |
| **HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON,** | ) ) ) | |
| Movants, | ) ) | |
| v. | ) ) | |
| **RONDA WINNECOUR, CHAPTER 13 TRUSTEE,** | ) | |
| Respondent. | | |

## AMENDED ORDER APPROVING POSTPETITION AUTOMOBOLE FINANCING

The mater comes before the Court upon Motion of the DEBTORS FOR POSTPETITION FINANCING , at Docket Number 49 ) ("Motion) filed by the Debtors on April 14, 2021.  A Certificate of No Objection ("CNO") was filed on_____.  Based upon the foregoing, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion at Docket No. 49 is GRANTED as provided by the terms of the Order. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms.

    a.   The total amount of financing **shall not exceed $30,000.00**; and

    b. The monthly payments made under the financing **agreement shall not exceed $300.00 Monthly Payment.**

2. To the extent the Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan.** Within **30 DAY** of secured financing.

    a. an amended chapter 13 plan; and

    b. a report of financing (INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OF SALE, IF APPLICABLE)

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the Chapter 13 Trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The Supplemental payments shall be in addition to the regular plan payments, pending confirmation of the amended plan.

4. Upon the filing of the report or financing (INCLUDING DETAILS OF AUTOMOBILES TRADE-IN OR SALE, IF APPLICABLE, the chapter 13 trustee is authorized to cease in making payments to (PRETITION AUTOMOBILE LENDER) on the account of the (PREPETITION LOAN CLAIM NUMBER). Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to (POSTPETITION AUTOMOBILE LENDER) for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5. Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the (POSTPETITION AUTOMOBILE LENDER).

6. Debtors shall serve copies of this *ORDER* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

Date_____

Case Administrator to mail to:               United States Bankruptcy Judge
Debtors
Counsel for Debtors
Ronda J, Winnecour, Esq,
Office of the US Trusee