IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-23130 |
| | ) | |
| HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON, | ) ) ) | Chapter 13 |
| Debtors, | ) | |
| _____ | ) ) | |
| HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON, | ) ) ) | |
| Movants, | ) ) | |
| v. | ) ) | |
| RONDA WINNECOUR, CHAPTER 13 TRUSTEE | ) ) | |
| Respondent. | | |

## DEBTORS' STATUS REPORT REGARDING FINANCING OF A VEHICLE

Movants, by their attorney, Joseph P. Nigro, Esquire, and Nigro and Associates, LLC, hereby files this Status Report and avers the following:

1. On May 18, 2021, this Court entered a Default Order granting Debtor's Motion for Approval for Vehicle Financing.

2. As of this date, Debtors' have been unable to obtain vehicle financing as they are having difficulty obtaining their current vehicle Title from their current Finance Company. In order to finance a vehicle, the Debtors need to trade in their current vehicle as a down payment.

3. The Chapter 13 Trustee's website's shows that the Debtor's current vehicle has been paid in full. However, the current finance company is refusing to release the title stating there is still money owed in the amount of $1,232.62.

4. Debtors are continuing to seek financing for a vehicle.

                                                     Respectfully submitted,

07/01/2021                                              /s/ Joseph P. Nigro
Date                                                     JOSEPH P. NIGRO, ESQUIRE
                                                          PA I.D. NO. 47810
                                                          Attorney for Movants
                                                          NIGRO & ASSOCIATES, LLC
                                                          1330 Old Freeport Road, Suite 3BF
                                                          Pittsburgh, PA 15238
                                                          (412) 471-8118
                                                          nigroassociateslaw@gmail.com