IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-23130 |
| | ) | |
| HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON, | ) ) ) ) | Chapter 13 |
| Debtors, | ) ) | |
| _____ | ) ) | |
| HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON, | ) ) ) ) | |
| Movants, | ) ) | |
| v. | ) ) | |
| RONDA WINNECOUR, CHAPTER 13 TRUSTEE | ) ) | |
| Respondent. | | |

## DEBTORS' STATUS REPORT REGARDING FINANCING OF A VEHICLE

Movants, by their attorney, Joseph P. Nigro, Esquire, and Nigro and Associates, LLC, hereby files this Status Report and avers the following:

1. On May 18, 2021, this Court entered a Default Order granting Debtor's Motion for Approval for Vehicle Financing.

2. On July 1, 2021 Debtors' filed a status report regarding the financing of a vehicle, at such time Debtors' were having difficulty obtaining a vehicle due to problems with their current vehicles Title.

3.      As of this date, Debtors' are still unable to obtain vehicle financing as they are still having difficulty obtaining their current vehicle Title from their current Finance Company. In order to finance a vehicle, the Debtors need to trade in their current vehicle as a down payment.

4. The Chapter 13 Trustee's website's shows that the Debtor's current vehicle has been paid in full.  However, the current finance company is refusing to release the title stating there is still money owed in the amount of $1,232.62. The debtors are trying to resolve the issue with their current finance company.

4.      Debtors are continuing to seek financing for a vehicle.

Respectfully submitted,

09/01/2021      /s/ Joseph P. Nigro
Date     JOSEPH P. NIGRO, ESQUIRE
    PA I.D. NO. 47810
    Attorney for Movants
    NIGRO & ASSOCIATES, LLC
    1330 Old Freeport Road, Suite 3BF
    Pittsburgh, PA 15238
    (412) 471-8118
    nigroassociateslaw@gmail.com