**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HILLARY PAUL SUTTON, II
    PATRICIA LYNN SUTTON

        Debtor(s)

    Ronda J. Winnecour

        Movant
      vs.

    ABS REO TRUST VI

        Respondent(s)

Case No. 18-23130GLT

Chapter 13

Document No.___

## NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items.  Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 6
Court Claim Number - 6

                        /s/   Ronda J. Winnecour

12/15/2021

Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   HILLARY PAUL SUTTON, II
   PATRICIA LYNN SUTTON

            Debtor(s)

   Ronda J. Winnecour

            Movant
         vs.

   ABS REO TRUST VI

            Respondent(s)

Case No.18-23130GLT

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

        I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

HILLARY PAUL SUTTON, II, PATRICIA LYNN SUTTON, 2460 POTOMAC AVENUE, PITTSBURGH, PA  15216
JOSEPH P NIGRO ESQ, NIGRO & ASSOCIATES LLC, 1330 OLD FREEPORT RD STE 3BF, PITTSBURGH, PA  15238
ABS REO TRUST VI, C/O SELECT PORTFOLIO SERVICING INC*, PO BOX 65450, SALT LAKE CITY, UT  84165
SELECT PORTFOLIO SERVICING INC**, ATTN BANKRUPTCY NOTICING, 3217 S DECKER LAKE DR, SALT LAKE CITY, UT  84119
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

12/15/2021

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com