IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON,** | : | Bankruptcy No. 18-23130 |
| | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| **HILARY PAUL SUTTON, II AND PATRICIA LYNN SUTTON,** | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| **US BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTT FOR RMAC TRUST SERIES 2016-CTT C/O RUSHMORE LOAN MAMGEMENT SERVICES and RONDA J. WINNECOR, TRUSTEE** | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF MODIFICATION TO CONFIRMED PLAN AND AMENDED CHAPTER 13 PLAN**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on 01/24/2022

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Karince Velter, Esquire
Hldik, Onoroto and Federman, LP
298 Wissahickon Avenue
North Wales, PA 19454
Service by NEF

EXECUTED ON: 01.24.2022

By:  /s/Joseph P. Nigro
Signature
Joseph P. Nigro, Esquire
Typed Name
1330 Old Freeport Road, Suite 3BF

Pittsburgh, PA 15238
Address
412-471-8118
Phone No.
P.A. 47810
List Bar I.D. and State of Admission