# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/11/2022

IN RE:

| | |
|---|---|
| HILLARY PAUL SUTTON, II | Case No.18-23130 GLT |
| PATRICIA LYNN SUTTON | |
| 2460 POTOMAC AVENUE | Chapter 13 |
| PITTSBURGH,  PA  15216 | |
| XXX-XX-3234          Debtor(s) | |
| XXX-XX-6659 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/11/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 7121 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  SCORE RWRDS/PRAE | |

---

| | | |
|---|---|---|
| **KERI P EBECK ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| BERNSTEIN BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

---

| | | |
|---|---|---|
| **MCCABE WEISBERG & CONWAY LLC (FRMLY L/** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| ATTN. MARISA MYERS COHEN ESQ | Court Claim Number: | ACCOUNT NO.: |
| 123 SOUTH BROAD ST STE 1400 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT:  BOA/PRAE | |

---

| | | |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PMB SSS ACQUISITION | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 8990 | | |
| | CLAIM:  0.00 | |
| TURNERSVILLE, NJ  08012-8990 | COMMENT:  BOA/PRAE | |

---

| | | |
|---|---|---|
| **US BANK NA - TRUSTEE RMAC TRUST SER 2016** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:9 | ACCOUNT NO.: 4804 |
| PO BOX 52708 | | |
| | CLAIM:  0.00 | |
| IRVINE, CA  92619 | COMMENT:  CL9GOVS W PMT CHNGS*741/PL*DKT4PMT-LMT*BGN 9/18*FR BANK OF AM-DOC 4 | |

---

| | | |
|---|---|---|
| **ABS REO TRUST VI** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:6 | ACCOUNT NO.: 0867 |
| PO BOX 65450 | | |
| | CLAIM:  8,342.97 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  $CL6GOVS@TERMS*PMT/CONF*8K@0%MDF/PL*2ND*FR BANK OF AM-DOC 39 | |

---

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:7   INT %: 4.00% | CRED DESC:  SECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2 | ACCOUNT NO.: 3234 |
| STRAWBERRY SQ | | |
| | CLAIM:  792.75 | |
| HARRISBURG, PA  17128 | COMMENT:  PMTS PROPER/CONF*854.31/CL-PL@0%*STAT ISSUE*$ REFUNDED | |

---

| | | |
|---|---|---|
| **REGIONAL ACCEPTANCE CORP** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  VEHICLE |
| C/O BB & T - SERVICER | Court Claim Number:3 | ACCOUNT NO.: 9369 |
| PO BOX 1847 | | |
| | CLAIM:  12,947.74 | |
| WILSON, NC  27894 | COMMENT:  CL3GOVS@TERMS/PMTS/CONF*12495.94@0%/PL | |

---

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:9   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O GRB LAW | Court Claim Number:11 | ACCOUNT NO.: 7729 |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  1,414.35 | |
| PITTSBURGH, PA  15219 | COMMENT:  CL11GOVS*1,317.95@0%PRI/PL*NO YR/PL*SWG~18/SCH*36-J-180*THRU 8/18*WNT | |

---

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 9236 |
| | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CHASE(*)** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number: | ACCOUNT NO.: 6001 |
| PO BOX 15368 | | |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **COLUMBIA GAS OF PA INC(*)** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number:4 | ACCOUNT NO.: 3234 |
| | CLAIM: 282.67 | |
| COLUMBUS, OH 48216-0117 | COMMENT: X0007/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:7 | ACCOUNT NO.: 1503 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 573.77 | |
| PITTSBURGH, PA 15219 | COMMENT: X0000/SCH | |

| | | |
|---|---|---|
| **EQUITABLE FEDERAL CREDIT UNION** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1889 BRITTON RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| AKRON, OH 44310 | COMMENT: | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O FEDLOAN SERVICING | Court Claim Number:12-2 | ACCOUNT NO.: 3234 |
| PO BOX 790234 | | |
| | CLAIM: 96,935.13 | |
| ST LOUIS, MO 63179 | COMMENT: X8709/SCH*AMD*TIMELY | |

| | | |
|---|---|---|
| **FED LOAN SERVICING** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 790234 | Court Claim Number: | ACCOUNT NO.: 5452 |
| | CLAIM: 0.00 | |
| ST LOUIS, MO 63179 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 4725 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: GEMB/SCH | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.: 1017 |
| PO BOX 27288 | | |
| | CLAIM: 487.93 | |
| TEMPE, AZ 85282 | COMMENT: CAP ONE*HSBC | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number: | ACCOUNT NO.: 6377 |
| PO BOX 4275 | | |
| | CLAIM: 0.00 | |
| NORCROSS, GA 30091 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number: | ACCOUNT NO.: 7435 |
| PO BOX 4275 | | |
| | CLAIM: 0.00 | |
| NORCROSS, GA 30091 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number: | ACCOUNT NO.: 6377 |
| PO BOX 4275 | | |
| | CLAIM: 0.00 | |
| NORCROSS, GA 30091 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 8318 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: NT ADR~CHASE/SCH | |

| | | |
|---|---|---|
| **PA AMERICAN WATER(\*) AKA AMERICAN WATER** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 371412 | Court Claim Number: | ACCOUNT NO.: 5534 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15250 | COMMENT: | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~WALMART/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:5 | ACCOUNT NO.: 0001 |
| | CLAIM: 292.84 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC\*** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| C/O CAVALRY PORTFOLIO SERVICES LLC(\*) | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 27288 | | |
| | CLAIM: 0.00 | |
| TEMPE, AZ 85282 | COMMENT: | |

| | | |
|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 2500 KOPPERS BUILDING | Court Claim Number: | ACCOUNT NO.: |
| 436 SEVENTH AVE | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-1842 | COMMENT: | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2 | ACCOUNT NO.: 3234 |
| STRAWBERRY SQ | | |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17128 | COMMENT: 23.47 CL2GOVS\*NO UNS/SCH\*14/CL\*PAY NO MORE/CNF | |

| | | |
|---|---|---|
| **CACH LLC-ASSIGNEE** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:8 | ACCOUNT NO.: 2125 |
| PO BOX 10587 | | |
| | CLAIM: 3,485.33 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH\*HSBC\*STALE - LTR DONE | |

| | | |
|---|---|---|
| **US BANK NA - TRUSTEE RMAC TRUST SER 2016** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:9 | ACCOUNT NO.: 4804 |
| PO BOX 52708 | | |
| | CLAIM: 770.40 | |
| IRVINE, CA 92619 | COMMENT: CL9GOVS\*$0 ARRS/PL\*THRU 8/18\*FR BANK OF AM-DOC 41 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PITTSBURGH SD  & CITY OF PITTSBURGH (EIT)** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O JORDAN TAX SERVICE INC- DLNQ YRS | Court Claim Number:10 | ACCOUNT NO.:  3234 |
| 102 RAHWAY RD | | |
| | CLAIM:  11,178.50 | |
| MCMURRAY, PA  15317 | COMMENT:  CL10GOVS*NT/SCH-PL*NO ACCT NUM*15-18 | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  CITY AND SD OF PGH/PRAE | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O FEDLOAN SERVICING | Court Claim Number:13-2 | ACCOUNT NO.:  6659 |
| PO BOX 790234 | | |
| | CLAIM:  20,907.54 | |
| ST LOUIS, MO  63179 | COMMENT:  NT/SCH*AMD*TIMELY | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SELECT PORTFOLIO SVC/PRAE | |