

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:     18-23130

DEBTOR(S):

HILLARY PAUL SUTTON

PATRICIA LYNN SUTTON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $3,485.33

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

CACH, LLC its successors and assigns as assignee of HSBC Card Services (III) Inc.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

7/11/2022