Certificate Number: 17572-PAW-DE-037594634

Bankruptcy Case Number: 18-23130



17572-PAW-DE-037594634

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2023, at 5:25 o'clock AM PDT, HILARY P SUTTON II completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 16, 2023          By:    /s/Benjamin E Wunsch

Name:  Benjamin E Wunsch

Title:  Counselor