Certificate Number: 17572-PAW-DE-037594635

Bankruptcy Case Number: 18-23130



17572-PAW-DE-037594635

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2023, at 5:25 o'clock AM PDT, Patricia L SUTTON completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 16, 2023

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor