**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　HILLARY PAUL SUTTON, II<br>PATRICIA LYNN SUTTON<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　HILLARY PAUL SUTTON, II<br>PATRICIA LYNN SUTTON<br><br>　　　Respondents | Case No.18-23130GLT<br><br>Chapter 13<br><br>Related to Docket No. 82 |

## ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this  29th Day of September, 2023 , it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　Rite Aid Corp~Rite Aid Of Pa
　　　　　Attn:Payroll Mgr-S Mccleary
　　　　　Pob 3165
　　　　　Harrisburg,PA 17105

is hereby ordered to immediately terminate the attachment of the wages of HILLARY PAUL SUTTON, II, social security number XXX-XX-3234.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HILLARY PAUL SUTTON, II.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                           Case No. 18-23130-GLT
Hillary Paul Sutton, II                                                                                              Chapter 13
Patricia Lynn Sutton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                User: auto                Page 1 of 2
Date Rcvd: Sep 29, 2023        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

**Recip ID**          **Recipient Name and Address**
db/jdb               + Hillary Paul Sutton, II, Patricia Lynn Sutton, 2460 Potomac Avenue, Pittsburgh, PA 15216-2752

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

**Name**          **Email Address**

Bradley Joseph Osborne
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Brian Nicholas
    on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Danielle Boyle-Ebersole
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 1

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Joseph Peter Nigro
    on behalf of Joint Debtor Patricia Lynn Sutton nigroassociateslaw@gmail.com
    chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Joseph Peter Nigro
    on behalf of Debtor Hillary Paul Sutton  II nigroassociateslaw@gmail.com,
    chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Karina Velter
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust,
    Series 2016-CTT c/o Rushmore Loan Management Services LLC karina.velter@powerskirn.com,
    Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

TOTAL: 15