## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | Bankruptcy No. 18-23130 |
| **HILARY PAUL SUTTON, II** | ) | |
| **AND PATRICIA LYNN** | ) | |
| **SUTTON,** | ) | Chapter 13 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| _____ | ) | |
| **HILARY PAUL SUTTON, II** | ) | |
| **AND PATRICIA LYNN** | ) | |
| **SUTTON,** | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |

**RONDA WINNECOUR,**
**CHAPTER 13 TRUSTEE,**

    Respondent.

## DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for discharge.

4. On July 16, 2023, each Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management.

5. This Certification is being signed under penalty of perjury by (include whichever one of the two following statements applies): Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

          Respectfully submitted,

10/02/2023          /s/ Joseph P. Nigro
Date          JOSEPH P. NIGRO, ESQUIRE
          PA I.D. NO. 47810
          Attorney for the Debtor

          NIGRO & ASSOCIATES, LLC
          1330 Old Freeport Road, Suite 3BF
          Pittsburgh, PA 15238
          (412) 471-8118
          nigroassociateslaw@gmail.com