Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Hillary Paul Sutton, II |
| Debtor 2 (Spouse, if filing) | Patricia Lynn Sutton |

United States Bankruptcy Court for the: WESTERN District of Pennsylvania (State)

Case number 18-23130-GLT

# Form 4100R
# Response to Notice of Final Cure          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 8660

**Property address:** 2460 POTOMAC AVENUE ,
Number    Street

PITTSBURGH, PA 15216
City           State      ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3:  Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    12/1/2023
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:   + (b) $_____
c. Total. Add lines a and b.                                                        (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

---

Form 4100R                **Response to Notice of Final Cure Payment**                page 1

| Debtor 1 | Hillary Paul Sutton, II | | Case number (if known) | 18-23130-GLT |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Michelle L. McGowan          Date  11/9/2023
     Signature

Print    Michelle L. McGowan                         Title  Authorized Agent
         First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   13010 Morris Rd., Suite 450
          Number          Street

          Alpharetta, GA  30004
          City        State        ZIP Code

Contact   470-321-7112                              Email  mimcgowan@raslg.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Hillary Paul Sutton, II |
| Debtor 2 (Spouse, if filing) | Patricia Lynn Sutton |
| United States Bankruptcy Court for the : WESTERN District of Pennsylvania (State) | |
| Case number 18-23130-GLT | |

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Hillary Paul Sutton, II
2460 Potomac Avenue
Pittsburgh, PA 15216

Patricia Lynn Sutton
2460 Potomac Avenue
Pittsburgh, PA 15216

And via electronic mail to:

Joseph Peter Nigro
Nigro & Associates, LLC
Fox Chapel Office Center, Suite 3BF
1330 Old Freeport Road

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ *Justine Bennett*
Justine Bennett