Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Hillary Paul Sutton II** | : | Case No. 18−23130−GLT |
| **Patricia Lynn Sutton** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 98 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/3/24 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this ***The 29th of January, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 98 by the Chapter 13 Trustee,

  It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

  (1) ***On or before March 14, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on ***April 3, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 18-23130-GLT
Hillary Paul Sutton, II   Chapter 13
Patricia Lynn Sutton
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 604 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hillary Paul Sutton, II, Patricia Lynn Sutton, 2460 Potomac Avenue, Pittsburgh, PA 15216-2752 |
| 14892994 | + | Allegheny Health Network, 30 Isabella Street, Pittsburgh, PA 15212-5862 |
| 14914012 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14892997 | | Chase Bank, PO Box 15238, Wilmington, DE 19850 |
| 14892999 | + | Duquesne Light Company, PO Box 37, Pittsburgh, PA 15122-0037 |
| 14893000 | + | Equitable Federal Credit union, 1889 Britton Road, Akron, OH 44310-1843 |
| 14893002 | + | Federal Student Loans, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14893001 | + | Federal Student loan, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14893003 | + | GE Money Bank, Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 14893010 | + | PWSA Sewage, Penn Liberty Plaza I, 1200 Penn Avenenue, Pittsburgh, PA 15222-4207 |
| 15059218 | | U.S. Bank N.A. c/o Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619 |
| 14980856 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:12:56 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 30 2024 00:07:00 | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 30 2024 00:07:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 30 2024 00:07:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15009977 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 30 2024 00:10:00 | ABS REO Trust VI, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14928431 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 00:07:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14892995 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 00:07:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14927984 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:12:55 | CACH, LLC its successors and assigns as assignee, of HSBC Card Services (III) Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14894241 | + | Email/Text: bankruptcy@cavps.com | Jan 30 2024 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14930025 | + | Email/Text: ebnjts@grblaw.com | Jan 30 2024 00:07:00 | City of Pittsburgh / School District of PGH, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14893007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:29 | MCYDSNB, PO Box 8113, Mason, OH 45040 |
| 14893005 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:27 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14927699 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 30 2024 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14893004 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 30 2024 00:07:00 | HSBC, PO Box 2013, Buffalo, NY 14240-2013 |
| 14893008 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 00:09:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14893424 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:24:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14893009 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 30 2024 00:10:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14897143 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14952147 | + | Email/Text: ebnpwsa@grblaw.com | Jan 30 2024 00:07:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14893011 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 30 2024 02:33:18 | Regional Acceptance, PO Box 830913, Birmingham, AL 35283-0913 |
| 14911482 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 30 2024 02:33:18 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14893012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:12:50 | Synchrony Bank/Walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 15501990 | + | Email/Text: bkteam@selenefinance.com | Jan 30 2024 00:08:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15566733 | + | Email/Text: EBN@edfinancial.com | Jan 30 2024 00:07:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14922873 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 00:13:23 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14893013 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 30 2024 00:07:00 | Verizon Wirelesss, 500 Technology Drive, Suite 500, Saint Charles, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | | Select Portfolio Servicing as servicer for ABS REO |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 604 | Total Noticed: 38 |

| 14925994 | * | Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14892996 | *+ | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14892998 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 14893006 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 15661838 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15661840 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 4 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024                              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Joseph Peter Nigro | on behalf of Debtor Hillary Paul Sutton  II nigroassociateslaw@gmail.com, chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Joseph Peter Nigro | on behalf of Joint Debtor Patricia Lynn Sutton nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Karina Velter | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michelle L. McGowan | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 4 of 4 |
| Date Rcvd: Jan 29, 2024 | Form ID: 604 | | Total Noticed: 38 |

on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

TOTAL: 16