**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HILLARY PAUL SUTTON, II<br>PATRICIA LYNN SUTTON<br>         Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>         Movant<br>    vs.<br>No Respondents. | Case No.:18-23130<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

| | |
|---|---|
| January 26, 2024 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/03/2018 and confirmed on 10/19/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 105,702.77 |
| Less Refunds to Debtor | 257.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,445.26 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 4,957.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,957.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE | 0.00 | 46,187.45 | 0.00 | 46,187.45 |
|   Acct: 8660 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE | 770.40 | 770.40 | 0.00 | 770.40 |
|   Acct: 8660 | | | | |
| PA DEPARTMENT OF REVENUE* | 792.75 | 792.75 | 72.73 | 865.48 |
|   Acct: 3234 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 1,414.35 | 1,414.35 | 331.81 | 1,746.16 |
|   Acct: 7729 | | | | |
| REGIONAL ACCEPTANCE CORP | 12,947.74 | 12,947.74 | 0.00 | 12,947.74 |
|   Acct: 9369 | | | | |
| ABS REO TRUST VI | 8,342.97 | 8,342.97 | 0.00 | 8,342.97 |
|   Acct: 0867 | | | | |
| | | | | 70,860.20 |
| **Priority** | | | | |
| JOSEPH P NIGRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| HILLARY PAUL SUTTON, II | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| HILLARY PAUL SUTTON, II | 257.51 | 257.51 | 0.00 | 0.00 |
|   Acct: | | | | |
| NIGRO & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PITTSBURGH SD & CITY OF PITTSBURGH | 11,178.50 | 11,178.50 | 0.00 | 11,178.50 |
|   Acct: 3234 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXTION | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXTION | | | | |
| | | | | 11,178.50 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9236 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6001 | | | | |
| COLUMBIA GAS OF PA INC(*) | 282.67 | 43.65 | 0.00 | 43.65 |
| Acct: 3234 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 573.77 | 88.60 | 0.00 | 88.60 |
| Acct: 1503 | | | | |
| EQUITABLE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 96,935.13 | 14,967.75 | 0.00 | 14,967.75 |
| Acct: 3234 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5452 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4725 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 487.93 | 75.34 | 0.00 | 75.34 |
| Acct: 1017 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6377 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7435 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6377 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8318 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5534 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 292.84 | 45.22 | 0.00 | 45.22 |
| Acct: 0001 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3234 | | | | |
| CACH LLC-ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2125 | | | | |
| US DEPARTMENT OF EDUCATION | 20,907.54 | 3,228.33 | 0.00 | 3,228.33 |
| Acct: 6659 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7121 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,448.89 |

TOTAL PAID TO CREDITORS                                                                         100,487.59

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 11,178.50 |
| SECURED | 24,268.21 |
| UNSECURED | 119,479.88 |

Date: 01/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
HILLARY PAUL SUTTON, II
PATRICIA LYNN SUTTON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-23130

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Hillary Paul Sutton, II  
Patricia Lynn Sutton  
    Debtors

Case No. 18-23130-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4  
Date Rcvd: Jan 29, 2024    Form ID: pdf900    Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hillary Paul Sutton, II, Patricia Lynn Sutton, 2460 Potomac Avenue, Pittsburgh, PA 15216-2752 |
| 14892994 | + | Allegheny Health Network, 30 Isabella Street, Pittsburgh, PA 15212-5862 |
| 14914012 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14892997 | | Chase Bank, PO Box 15238, Wilmington, DE 19850 |
| 14892999 | + | Duquesne Light Company, PO Box 37, Pittsburgh, PA 15122-0037 |
| 14893000 | + | Equitable Federal Credit union, 1889 Britton Road, Akron, OH 44310-1843 |
| 14893002 | + | Federal Student Loans, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14893001 | + | Federal Student loan, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14893003 | + | GE Money Bank, Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 14893010 | + | PWSA Sewage, Penn Liberty Plaza I, 1200 Penn Avenenue, Pittsburgh, PA 15222-4207 |
| 15059218 | | U.S. Bank N.A. c/o Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619 |
| 14980856 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:13:24 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 30 2024 00:07:00 | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 30 2024 00:07:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 30 2024 00:07:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15009977 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 30 2024 00:10:00 | ABS REO Trust VI, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14928431 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 00:07:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14892995 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2024 00:07:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14927984 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:13:50 | CACH, LLC its successors and assigns as assignee, of HSBC Card Services (III) Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-23130-GLT    Doc 101    Filed 01/31/24    Entered 02/01/24 00:32:18    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14894241 | + | Email/Text: bankruptcy@cavps.com | Jan 30 2024 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14930025 | + | Email/Text: ebnjts@grblaw.com | Jan 30 2024 00:07:00 | City of Pittsburgh / School District of PGH, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14893007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:49 | MCYDSNB, PO Box 8113, Mason, OH 45040 |
| 14893005 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:02 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14927699 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 30 2024 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14893004 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 30 2024 00:07:00 | HSBC, PO Box 2013, Buffalo, NY 14240-2013 |
| 14893008 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 00:09:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14893424 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:38:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14893009 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 30 2024 00:10:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14897143 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14952147 | + | Email/Text: ebnpwsa@grblaw.com | Jan 30 2024 00:07:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14893011 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 30 2024 02:33:18 | Regional Acceptance, PO Box 830913, Birmingham, AL 35283-0913 |
| 14911482 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 30 2024 02:33:18 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14893012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:00 | Synchrony Bank/Walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 15501990 | + | Email/Text: bkteam@selenefinance.com | Jan 30 2024 00:08:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15566733 | + | Email/Text: EBN@edfinancial.com | Jan 30 2024 00:07:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14922873 | | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 00:13:01 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14893013 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 30 2024 00:07:00 | Verizon Wirelesss, 500 Technology Drive, Suite 500, Saint Charles, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | | Select Portfolio Servicing as servicer for ABS REO |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |

Case 18-23130-GLT    Doc 101    Filed 01/31/24    Entered 02/01/24 00:32:18    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14925994 | * | Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14892996 | *+ | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14892998 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 14893006 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 15661838 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15661840 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 4 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Joseph Peter Nigro | on behalf of Debtor Hillary Paul Sutton II nigroassociateslaw@gmail.com, chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Joseph Peter Nigro | on behalf of Joint Debtor Patricia Lynn Sutton nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Karina Velter | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michelle L. McGowan | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 38 |

on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

TOTAL: 16