| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Hillary Paul Sutton II<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3234<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia Lynn Sutton<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6659<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–23130–GLT | | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hillary Paul Sutton II                              Patricia Lynn Sutton

3/15/24                                             **By the court:** Gregory L Taddonio
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23130-GLT |
| Hillary Paul Sutton, II | Chapter 13 |
| Patricia Lynn Sutton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 15, 2024 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hillary Paul Sutton, II, Patricia Lynn Sutton, 2460 Potomac Avenue, Pittsburgh, PA 15216-2752 |
| 14892994 | + | Allegheny Health Network, 30 Isabella Street, Pittsburgh, PA 15212-5862 |
| 14914012 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14892997 | | Chase Bank, PO Box 15238, Wilmington, DE 19850 |
| 14892999 | + | Duquesne Light Company, PO Box 37, Pittsburgh, PA 15122-0037 |
| 14893000 | + | Equitable Federal Credit union, 1889 Britton Road, Akron, OH 44310-1843 |
| 14893002 | + | Federal Student Loans, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14893001 | + | Federal Student loan, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14893003 | + | GE Money Bank, Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 14893010 | + | PWSA Sewage, Penn Liberty Plaza I, 1200 Penn Avenenue, Pittsburgh, PA 15222-4207 |
| 15059218 | | U.S. Bank N.A. c/o Rushmore Loan Management, P.O. Box 55004, Irvine, CA 92619 |
| 14980856 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 16 2024 04:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2024 00:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2024 00:22:32 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 16 2024 00:15:00 | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Mar 16 2024 00:15:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 16 2024 00:15:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15009977 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 16 2024 00:16:00 | ABS REO Trust VI, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14928431 | | EDI: BANKAMER | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14892995 | + | EDI: BANKAMER | Mar 16 2024 04:07:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| | | | Mar 16 2024 04:07:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14927984 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2024 00:33:21 | CACH, LLC its successors and assigns as assignee, of HSBC Card Services (III) Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894241 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2024 00:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14930025 | + | Email/Text: ebnjts@grblaw.com | Mar 16 2024 00:15:00 | City of Pittsburgh / School District of PGH, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14893007 | | EDI: CITICORP | Mar 16 2024 04:07:00 | MCYDSNB, PO Box 8113, Mason, OH 45040 |
| 14893005 | | EDI: CITICORP | Mar 16 2024 04:07:00 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14927699 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 16 2024 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14893004 | + | EDI: HFC.COM | Mar 16 2024 04:07:00 | HSBC, PO Box 2013, Buffalo, NY 14240-2013 |
| 14893008 | + | EDI: PENNDEPTREV | Mar 16 2024 04:07:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14893008 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2024 00:15:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14893424 | + | EDI: PRA.COM | Mar 16 2024 04:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14893009 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 16 2024 00:16:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14897143 | | EDI: PENNDEPTREV | Mar 16 2024 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14897143 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14952147 | + | Email/Text: ebnpwsa@grblaw.com | Mar 16 2024 00:15:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14893011 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 16 2024 00:34:03 | Regional Acceptance, PO Box 830913, Birmingham, AL 35283-0913 |
| 14911482 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 16 2024 00:34:03 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14893012 | + | EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 15501990 | + | Email/Text: bkteam@selenefinance.com | Mar 16 2024 00:15:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15566733 | + | Email/Text: EBN@edfinancial.com | Mar 16 2024 00:15:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14922873 | | EDI: AIS.COM | Mar 16 2024 04:07:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14893013 | + | EDI: VERIZONCOMB.COM | Mar 16 2024 04:07:00 | Verizon Wirelesss, 500 Technology Drive, Suite 500, Saint Charles, MO 63304-2225 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 3180W | Total Noticed: 39 |
| TOTAL: 30 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | | Select Portfolio Servicing as servicer for ABS REO |
| cr | | U.S. Bank National Association, not in its individ |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |
| 14925994 | * | Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14892996 | *+ | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14892998 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, PO Box 742537, Cincinnati, OH 45274 |
| 14893006 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 15661838 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15661840 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 4 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

**Name**     **Email Address**

Bradley Joseph Osborne
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Charles Griffin Wohlrab
on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Danielle Boyle-Ebersole
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

Denise Carlon
on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Select Portfolio Servicing as servicer for ABS REO Trust VI dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 3180W | Total Noticed: 39 |

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Joseph Peter Nigro
    on behalf of Debtor Hillary Paul Sutton  II nigroassociateslaw@gmail.com, chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Joseph Peter Nigro
    on behalf of Joint Debtor Patricia Lynn Sutton nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com

Karina Velter
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michelle L. McGowan
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

TOTAL: 16